HACKENSACK BOARD OF EDUCATION v. HACKENSACK
EDUCATION ASSOCIATION.

May 26, 1982.

Petition for certification denied. (See 184 *N.J.Super.* 311)

STATE OF NEW JERSEY v. HAROLD LOVE.

May 26, 1982.

Petition for certification granted.

STATE OF NEW JERSEY v. CHARLES T. HOGAN.

May 26, 1982.

Petition for certification denied.

FRANCIS CARNICLE v. JOHN FOX.

May 26, 1982.

Petition for certification denied.